**DISTRICT COURT FOR CREEK COUNTY**
**STATE OF OKLAHOMA**

FILED IN DISTRICT COURT
CREEK COUNTY BRISTOW OK
NOV - 6 2018
TIME 11:25 Am
Amanda VanOrsdol, Court Clerk

(1) LARRY HOLLAND, as Special Administrator for the Estate of Floyd Holland, deceased,

Plaintiff,

v.

(2) TURN KEY HEALTH CLINICS, LLC,

Defendant.

Case No.: BCJ -2018-00035

## PETITION

Larry Holland, as Special Administrator for the Estate of Floyd Holland, deceased, for his cause of action against the above-named Defendant, would state as follows:

1. Larry Holland is the surviving biological son of Floyd Holland, and the Court appointed Special Administrator over Floyd's Estate as set forth in Creek County District Court, Case No. PB-2018-1. Turn Key Health Clinics, LLC, ("Turn Key") is a domestic for-profit corporation, and was the private correctional medical contractor at the Creek County Detention Center ("CCDC") during Floyd's stay that is the subject of this lawsuit.

2. Turn Key does not have or maintain a license to practice medicine.

3. Turn Key is not a licensed healthcare professional.

4. Turn Key is not a political subdivision.

EXHIBIT 1

5. Turn Key is not entity entitled to any of the immunity provisions available to public entities as set forth in the Oklahoma Governmental Tort Claims Act ("GTCA"), 51 O.S. § 151 *et seq.*

6. Turn Key is not entity entitled to any of the damage limitations available to public entities as set forth in the Oklahoma Governmental Tort Claims Act ("GTCA"), 51 O.S. § 151 *et seq.*

7. Estate served Turn Key with a Title 57 notice of claim on July 31, 2018. More than 90 days have passed since that time with no action taken by Turn Key.

8. Assuming there are any prerequisites to filing suit, Estate has fully and timely complied with all available requirements.

9. Turn Key owed Floyd a duty of reasonable care throughout his stay at the CCDC between August and November 2017. Turn Key breached that duty by failing to provide adequate medical treatment consistent with the standard of care. As a direct and proximate result of Turn Key's breach, Floyd died on or about December 15, 2017, for which Turn Key is liable.

10. The quality and level of care provided by Turn Key was so deficient, wanton, and reckless that it jeopardized human life sufficient to justify the imposition of Class III punitive damages.

**WHEREFORE**, all premises considered, the Estate of Floyd Holland respectfully requests the Court enter judgment against the Defendant and award damages in excess of $75,000.00.

Respectfully submitted,

BRYAN & TERRILL

J. Spencer Bryan, OBA #19419
Steven J. Terrill, OBA # 20869
9 East 4th St., Suite 307
Tulsa OK 74103
Tele: (918) 935-2777
Fax: (918) 935-2778
jsbryan@bryanterrill.com
sjterrill@bryanterrill.com