IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LARRY HOLLAND, as Special Administrator for the Estate of FLOYD HOLLAND, deceased, <br><br> Plaintiff, <br><br> v. <br><br> TURN KEY HEALTH CLINICS, LLC, et al., <br><br> Defendants. | ) ) ) ) ) ) ) Case No.: 19-CV-663-CVE-JFJ ) ) ) ) ) |

**DISCLOSURE STATEMENT
BY DEFENDANT TURN KEY HEALTH CLINICS, LLC**

Pursuant to the Federal Rule of Civil Procedure 7.1 and LCvR7.1, Turn Key Health Clinics, LLC, a named Defendant in the above-styled cause, makes the following disclosure:

1. Turn Key Health Clinics, LLC is not a publicly held corporation or other publicly held entity.

2. TK Health Holdings, LLC (a Delaware limited liability company) and TCSCFI TK, LLC (a Delaware limited liability company) are the parent corporations of Turn Key Health Clinics, LLC.

3. TK Health Holdings, LLC and TCSCFI TK, LLC are not publicly held corporations.

4. No publicly held corporation or other publicly held entity owns 10% or more of Turn Key Health Clinics, LLC.

5. Turn Key Health Clinics, LLC has no subsidiaries.

6. No publicly held corporation or other publicly held entity have a direct financial interest in the outcome of this litigation.

7. Turn Key Health Clinics, LLC is not a trade association.

Dated this 16th day of December, 2019.

>Respectfully submitted,
>
>*/s/ Paulina Thompson*
>SEAN P. SNIDER, OBA # 22307
>PAULINA THOMPSON, OBA # 31736
>JOHNSON HANAN VOSLER
>HAWTHORNE & SNIDER
>9801 N. Broadway Extension
>Oklahoma City, OK 73114
>Telephone: (405) 232-6100
>Facsimile: (405) 232-6105
>E-Mail: ssnider@johnsonhanan.com
>E-Mail: pthompson@johnsonhanan.com
>*Attorneys for Defendant Turn Key Health Clinics, LLC*

## CERTIFICATE OF MAILING

I hereby certify that on **the 16th of December, 2019**, a true and correct copy of the above and foregoing was electronically transmitted to the Clerk of this Court using the ECF System for filing and transmittal of a Notice of Electronic filing to the following ECF registrants:

| | |
|---|---|
| J. Spencer Bryan | jsbryan@bryanterrill.com |
| Steven Terrill | sjterrill@bryanterrill.com |

>*/s/ Paulina Thompson*
>Paulina Thompson, OBA #31736