# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OKLAHOMA

(1) LARRY HOLLAND, as Special Administrator for the Estate of Larry Holland, deceased,

   Plaintiff,

v.

(2) TURN KEY HEALTH CLINICS, LLC, et al.

   Defendants.

Case No.: 19-CV-663-CVE-JFJ

## PARTIAL STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Larry Holland as Special Administrator for the Estate of Floyd Holland submits this partial stipulation of dismissal without prejudice to refiling as to all claims against the following Defendants: (1) Dick White, (2) Newt Stephens, (3) Topper Causby, (4) Chuck Mitchell, (5) Tom McGuire, (6) Ky Chaffin, (7) Leon Warner, (8) Lane Whitehouse, (9) Randal Arnold, (10) Roger Auman, (11) Lloyd Blaylock, (12) Colton Brownfield, (13) Don Caffey, (14) William Campbell, (15) Shaun Charkowski, (16) Lane Conner, (17) Peter Davis, (18) Samuel Denton, (19) Ashley Garris, (20) Terry Greer, (21) Lillian Hernandez, (22) Christopher Hinojosa, (23) Jordan Hudson, (24) Sheree Hyde, (25) Menter Kalevik, (26) Matthew Kramer, (27) Jeffery Labbee, (28) Addie Leatherwood, (29) Tyler Mast, (30) Kyle Moore, (31) Tisha Robinson, (32) Earnesto Sellers, (33) Cody Smith, (34) Kelsey Straley, (35) Jennifer Talley-Pittser, (36)

Cynthia Thompson, (37) Donovan Wakefield, (38) Cory Ward, (39) Kevin Winters, (40) Flint Junod, (41) Jon Echols, (42) Jesse White, and (43) Trent Smith.

              Respectfully submitted,

              BRYAN & TERRILL

              *s/J. Spencer Bryan*
              J. Spencer Bryan, OBA #19419
              Steven J. Terrill, OBA # 20869
              BRYAN & TERRILL LAW, PLLC
              3015 E. Skelly Dr., Suite 400
              Tulsa OK 74105
              Tele/Fax: (918) 935-2777
              jsbryan@bryanterrill.com
              sjterrill@bryanterrill.com