UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

(1) LARRY HOLLAND,
as Special Administrators for the
Estate of Floyd Holland, Deceased,

Plaintiffs,

v.  Case No.: 19-cv-663-JFH-JFJ

(2) TURN KEY HEALTH CLINICS, LLC,
ET AL.

Defendants.

## NOTICE OF SUBPOENA

Pursuant to Rule 45 of the Federal Rules of Civil Procedure, Plaintiff provides notice and a copy of the subpoena (see Ex. 1) for the deposition of Marilea Peterson.

Respectfully submitted,

BRYAN & TERRILL

By: *s/ Steven J. Terrill*
Steven J. Terrill, OBA # 20869
J. Spencer Bryan, OBA # 19419
BRYAN & TERRILL LAW, PLLC
3015 E. Skelly Dr., Suite 400
Tulsa, OK 74105
Tele/Fax:   (918) 935-2777
Email: sjterrill@bryanterrill.com
Email: jsbryan@bryanterrill.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2022, I served the foregoing by electronic mail on the following persons:

Frank M. Hagedorn
7136 S. Yale Ave., Suite 300
Tulsa, OK 74136
frank@fmhagedornlaw.com
**Attorney for Defendant, Julie Salamy**

W. R. Moon, Jr.
COLLINS, ZORN, & WAGNER, PC
429 N.E. 50th Street, Second Floor
Oklahoma City, OK 73105-1815
wrm@czwlaw.com
**Attorneys for Defendants Bret Bowling, Joe Thompson, Fred Clark, Board of County Commissioners for the County of Creek and the Creek County Public Facilities Authority**

Anthony C. Winter
Sean Snider
Meilani C. Kaaihue
JOHNSON, HANAN, VOSLER,
HAWTHORNE & SNIDER
9801 North Broadway Extension
Oklahoma City, OK 73114
ssnider@johnsonhanan.com
awinter@johnsonhanan.com
mkaaihue@johnsonhanan.com
**Attorneys for Defendants Turn Key Health Clinics, LLC, Kerri Janes, Nicole Bynum, James Constanzer, and Julie Hightower**


Elise M. Horne,
Seth D. Coldiron
David Proctor
 GOOLSBY, PROCTOR, HEEFNER & GIBBS, PC
701 N. Broadway Avenue, Suite 400
Oklahoma City, OK 73102-6006
(405) 524-2400/(405) 525-6004 (F)
**Attorney for Defendant, Lance Prout**

                    <u>s/ Steven J. Terrill</u>
                    Steven J. Terrill