**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| LARRY HOLLAND, as Special Administrator for the Estate of Floyd Holland,<br><br>Plaintiff,<br><br>v.<br><br>TURN KEY HEALTH CLINICS, LLC, et al.,<br><br>Defendants. | Case No. 19-cv-663-JAW-JFJ |

**RESPONSE IN SUPPORT OF PLAINTIFF'S MOTION FOR EXTENSION OF TIME (DOC. NO. 168)**

COME NOW, Defendants Turn Key Health Clinics, LLC; Nicole Bynum; James Constanzer; Julie Hightower; Kerri Janes; and Lance Prout (collectively "Defendants") and offer the following Response to Plaintiff's Opposed Motion for Extension of Time to Serve Expert Disclosures and Reports and to Extend the Discovery Cutoff (Doc. No. 168) in accordance with the Court's order (Doc. No. 169). In support thereof, Defendants respectfully offer the following:

1. On October 2, 2026, at approximately 12:39 p.m. Counsel for the Plaintiff contacted Counsel for the Defendants to inquire as to their position regarding Plaintiff's Request to extend the expert disclosure deadline.

2. Counsel for the medical provider defendants was working to comply with deadlines in a different case and was unable to provide his position with regard to Plaintiff's request prior to Plaintiff filing his Opposed Motion for Extension of Time (Doc. No. 168) which was filed on October 2, 2026, at approximately 2:42 p.m.

3. The Court entered an order providing a deadline to respond to Plaintiff's motion by October 13, 2026. Doc. No. 169.

4. In response to the Court's order, Defendants state that they do not object to the relief sought by Plaintiff in his Motion to Extend provided that the extended deadlines also apply to Defendants. Said another way, Defendants have no objection to extending the remaining case deadlines including the expert disclosure deadline, the expert rebuttal deadline and discovery cutoff for all parties.

As outlined above, Defendants request that Plaintiff's Opposed Motion for Extension of time to Serve Expert Disclosures and Reports and to Extend the Discovery Cutoff (Doc. No. 168) be granted and that the deadlines referenced in Plaintiff's Motion be extended for all parties.

Respectfully submitted,

*s/ Anthony C. Winter*
Sean P. Snider, OBA # 22307
Anthony C. Winter, OBA # 32148
JOHNSON HANAN VOSLER
SNIDER CLARK & WINTER
9801 N. Broadway Extension
Oklahoma City, OK 73114
Telephone: (405) 232-6100
Facsimile: (405) 232-6105
ssnider@johnsonhanan.com
awinter@johnsonhanan.com
***Attorneys for Defendants, Turn Key Health Clinics, LLC, James Constanzer, Kerri Janes, Julie Hightower, and Nicole Bynum***

s/ Jessica L. Dark
Robert S. Lafferrandre, OBA No. 11897
Randall J. Wood, OBA No. 10531
Jessica L. Dark, OBA NO. 31236
PIERCE COUCH HENDRICKSON
BAYSINGER & GREEN, L.L.P.

1109 North Francis Avenue
Oklahoma City, Oklahoma 73106
Telephone: (405) 235-1611
Facsimile: (405) 235-2904
rlafferrandre@piercecouch.com
rwood@piercecouch.com
jdark@piercecouch.com
***Attorneys for Defendant Lance Prout***

**CERTIFICATE OF SERVICE**

This is to certify that on the 7th day of October 2026, I electronically transmitted the foregoing document to the Clerk of Court using the ECF system for filing and the transmittal of a Notice of Electronic Filing to all counsel who have entered an appearance in this action.

s/ Anthony C. Winter
Anthony C. Winter